

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elaine Dennis, on behalf of themselves and others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Good Deal Charlie, Inc., doing business as Overstock Furniture & Mattress; Partner Southeastern Liquidators LLC; Strategic Holding, LLC; Cheap Sleep, LLC<br>**Defendant.** | Civil Action No. 21-cv-01760-BEN-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion to quash subpoena and for a Protective Order is granted.

Date: 1/6/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Petersen
J. Petersen, Deputy